UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TIMOTHY LEON LEDFORD #611969, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) No. 3:23-cv-00470 |
|  | ) Judge Trauger |
| SHARON ROSE, | ) |
| Respondent. | ) |

## ORDER

Petitioner Timothy Leon Ledford, a state prisoner at Northwest Correctional Complex,[1] filed a pro se petition under 28 U.S.C. § 2254 for a writ of habeas corpus (Doc. No. 1) and an application to proceed as a pauper. (Doc. No. 2.) It appears that the petitioner does not have sufficient funds to pay the filing fee without undue hardship, so the petitioner's application to proceed as a pauper (Doc. No. 2) is **GRANTED**.

The Petition challenges a judgment entered in Bedford County Circuit Court. (Doc. No. 1 at 1.) Two judicial districts have concurrent jurisdiction over a state prisoner's habeas petition—the district where the petitioner was convicted, and the district where the petitioner is currently confined. 28 U.S.C. § 2241(d). The petitioner's district of conviction, Bedford County, is within the Eastern District of Tennessee. *See* 28 U.S.C. § 123(a). And the petitioner's district of current confinement, Lake County, is within the Western District of Tennessee. *See* 28 U.S.C. § 123(c). So this court, the Middle District of Tennessee, does not have jurisdiction over the Petition.

---

[1] The court takes judicial notice that Northwest Correctional Complex is in Lake County. https://www.tn.gov/correction/sp/state-prison-list/northwest-correctional-complex (last visited May 31, 2023); Fed. R. Evid. 201(b) (allowing judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

Where a case is filed in the wrong district, the court may transfer it "to any district or division in which it could have been brought" if it is "in the interest of justice" to do so. 28 U.S.C. § 1406(a). Because a prisoner's district of confinement may change over time while the district of conviction remains constant, it has been the consistent practice of Tennessee District Courts to transfer habeas petitions to the judicial district where the convicting court is located. Therefore, it is in the interest of justice to transfer this case to the petitioner's district of conviction.

Accordingly, the Clerk is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Tennessee, Winchester Division. 28 U.S.C. § 123(a)(4).

The petitioner should send all future filings in this case to the Eastern District of Tennessee.

It is so **ORDERED**.

 _____
ALETA A. TRAUGER
United States District Judge